# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER LABORIANTE,<br><br>    Plaintiff<br><br>v.<br><br>TRANS UNION, LLC, et al.,<br><br>    Defendants | Case No.: 2:23-cv-00747-APG-VCF<br><br>**Order** |

On July 31, 2023, the parties requested 60 days to file dismissal documents as between plaintiff Heather Laboriante and defendant Clarity Services, Inc.. ECF No. 20.  More than 60 days have passed and no stipulation has been filed.

I THEREFORE ORDER that by December 15, 2023, the parties shall file either a stipulation of dismissal or a status report regarding settlement.  Failure to respond to this order may result in sanctions, including the dismissal of claims or defenses.

DATED this 1st day of December, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE